| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran Court)* |
|---|---|---|
| FILED / LODGED / RECEIVED APR 0 9 2003 CLERK U S DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY | **TRANSFER OF JURISDICTION** FILED / LODGED / RECEIVED APR 0 8 2003 CLERK U S DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA DEPUTY | CR 98-31-GF-CCL |
| | | DOCKET NUMBER *(Rec Court)* CR03-5258 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Edward Kriesel, Jr. 5211 South Cushman Avenue Tacoma, Washington 98408 | DISTRICT OF MONTANA | Great Falls |
| | NAME OF SENTENCING JUDGE Charles C Lovell, Senior U S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM February 21, 2003 | TO February 20, 2006 |

OFFENSE

Conspiracy to Distribute Methamphetamine, 21 U S C 846 and 841(a)(1)

APR 0 7 2003

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MONTANA"

IT IS HEREBY ORDERED that pursuant to 18 U S C 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Washington upon that Court's order of acceptance of jurisdiction This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court *

4-1-03
Date

Honorable Charles C Lovell
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order

4-9-03
Effective Date

United States District Judge



CR 03-5258 #1

United States District Court
for the
Western District of Washington
April 10, 2003

* * MAILING CERTIFICATE OF CLERK * *

Re: 3:03-cr-05258

True and correct copies of the attached were mailed by the clerk to the following:

United States Probation Office
US PROBATION OFFICE
ROOM 1310
1717 PACIFIC AVE
TACOMA, WA 98402-3231
FAX 1-253-593-6378

RBL

USDC - GREAT FALLS

USPO - GREAT FALLS