JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS KRIESEL,<br><br>　　　　Defendant. | NO. CR03-5258RBL<br><br>ORDER FOR STAY OF DNA SAMPLE PENDING APPEAL |

Based upon a review of the records and files herein and upon Petitioner's Opposition to Alleged Violation of Conditions of Supervised Release, and having held a hearing on this matter on February 17, 2006, it is hereby

ORDERED that the Court's February 17, 2006 Order requiring Defendant to provide a DNA sample, as set forth in the terms of conditions of his supervised release, is STAYED pending appeal of that order; and

IT IS FURTHER ORDERED that Mr. Kriesel's term of supervised release, which was scheduled to expire February 20, 2006, is tolled pending resolution of his appeal, and he is required continue to report to the Probation Department and comply with all terms and conditions of Supervised Release until a final order in this case is entered or further order of this Court.

DONE this 28th day of February, 2006.

　　　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Colin A. Fieman
Colin A. Fieman, Attorney for Defendant

ORDER GRANTING MOTION
FOR STAY OF DNA SAMPLE - 1

FEDERAL PUBLIC DEFENDER
1551 Broadway, Ste. 501
Tacoma, Washington 98402
(253) 593-6710