Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR03-5258RBL |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING TIME FOR THE |
| v. | ) | GOVERNMENT TO FILE INITIAL |
| | ) | BRIEF REGARDING RETURN OF |
| THOMAS EDWARD KRIESEL, | ) | BLOOD SAMPLE |
| Defendant. | ) | |
| _____ | ) | |

ORDER

This matter having come to the Court's attention on the Government's Unopposed Motion for a Brief Extension of Time to File Initial Brief Regarding Return of Blood Sample, and for the reasons set forth in the motion, the Court hereby GRANTS the motion and orders that the government's brief shall be filed no later than August 18, 2010.

DATED this 13th day of August, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Helen J. Brunner
HELEN BRUNNER
Assistant United States Attorney

ORDER CONTINUING TIME TO FILE BRIEF REGARDING
RETURN OF BLOOD SAMPLE/KRIESEL— 1
CR03-5258RBL